IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY, INC., <br>     Plaintiff, <br><br> v. <br><br> WEATHERFORD U.S. L.P., <br>     Defendant. | § § § § § § § § § | Civil Action No. H-19-2397 |

## **WEATHERFORD U.S. L.P.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Weatherford U.S., L.P. states that it is a nongovernmental corporate party to this proceeding. Defendant further states that <u>Weatherford International PLC</u> is a publicly held corporation that owns 10% or more of Defendant's stock.

DATED: November 11, 2019

Respectfully submitted,

*/s/ J. Boone Baxter*
Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
J. Boone Baxter
State Bar No. 24087150
bbaxter@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

ATTORNEYS FOR DEFENDANT
WEATHERFORD U.S., L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of November, 2019 with a copy of this document via the Court's CM/ECF system per Local Rule 5.3.

*/s/ J. Boone Baxter*
J. Boone Baxter