UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENVENTURE GLOBAL TECHNOLOGY, INC., § § § | |
| Plaintiff, § | CIVIL ACTION NO. 4:19-cv-02397 |
| v. § § | |
| WEATHERFORD U.S., L.P., § § | JURY DEMANDED |
| Defendant. § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Enventure Global Technology, Inc. states that the following parent, subsidiary, and affiliated corporations, or other entities are financially interested in the outcome of this litigation:

**Plaintiff:**

Enventure Global Technology, Inc.

**Other:**

Shell Technology Ventures Fund 1 B.V.

**Defendant:**

Weatherford U.S., L.P.

**Other:**

Weatherford International PLC

60038959v.1

Plaintiff states that it has no parent corporation or publicly held corporation that owns 10 percent or more of its stock. Plaintiff states that upon information and belief, <u>Weatherford International PLC</u> is a publicly held corporation and owns 10% or more of Defendant's stock.

Respectfully submitted,

/s/Lisa H. Meyerhoff
Lisa H. Meyerhoff
Attorney-in-Charge
Texas Bar No. 14000255
S.D. Admissions No. 18693
Email: LMeyerhoff@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Phone: 713 225 2300
Fax: 713 225 2340

ATTORNEYS FOR PLAINTIFF
ENVENTURE GLOBAL
TECHNOLOGY, INC.

OF COUNSEL:

Myall S. Hawkins
Texas Bar No. 09250320
S.D. Admission No. 7845
Email: MHawkins@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Phone: 713 225 2300
Fax: 713 225 2340

ATTORNEYS FOR PLAINTIFF
ENVENTURE GLOBAL
TECHNOLOGY, INC.

**CERTIFICATE OF SERVICE**

    I certify that, on November 13, 2019, a true and correct copy of the foregoing "Plaintiff's Certificate of Interested Parties" was filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Leslie V. Payne (Email: LPayne@hpcllp.com)
    J. Boone Baxter (Email: BBaxter@hpcllp.com)
    Heim Payne & Chorush, LLP
    1111 Bagby St., Suite 2100
    Houston, Texas 77002

                                                /s/Lisa H. Meyerhoff

60038959v.1