## HEARING MINUTES AND ORDER

**Cause Number**: 19-cv-2397

**Style**: Enventure Global Technology Inc. V. Weatherford U.S., L.P,

**Appearances**:

| Counsel: | Representing: |
| --- | --- |
| Lisa Meyerhoff/Myall Hawkins | Plaintiff |
| Leslie Payne/James Baxter | Defendant |

**Date** November 18, 2019          **ERO**: Yes

**Time**: 2:10 p.m. - 3:30 p.m.          **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

Plaintiff's Motion to Dismiss Defendant's Counterclaims [Doc. # 12] is **terminated as moot** in light of Court's requirement that Defendant replead with more specificity by **February 10, 2020**, after documents are exchanged.

**SIGNED** at Houston, Texas this 18th day of November, 2019.


_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE