United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-19-2397 |
| WEATHERFORD U.S., L.P., Defendant. | § § § | |

## ORDER

It is hereby **ORDERED** that any opposition to Plaintiff's request for a thirty-day extension of the deadline for preliminary infringement contentions [Doc. # 29] must be filed by **January 13, 2020**.

SIGNED at Houston, Texas, this 6th day of **January, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2397Respond.wpd   200106.1620