United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., <br> Plaintiff, <br><br> v. <br><br> WEATHERFORD U.S., L.P., <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-19-2397 |

## **ORDER**

This patent case is before the Court on Plaintiff Enventure Global Technology Inc.'s letter [Doc. # 29] dated January 6, 2020, requesting a 30-day extension of the deadline for its Preliminary Infringement Contentions. Defendant Weatherford U.S., L.P. filed a responsive letter [Doc. # 31], noting *inter alia* that it had recently provided significant information establishing non-infringement of "at least seven of the eleven patents." *See* Letter, p. 7. It is hereby

**ORDERED** that the deadline for Preliminary Infringement Contentions is extended to **February 10, 2020**. The Court expects Plaintiff to use the additional time to evaluate the information provided by Defendant and to refine its infringement contentions.

SIGNED at Houston, Texas, this 9th day of **January, 2020**.

P:\ORDERS\11-2019\2397MExtension.wpd   200109.1604

NANCY F. ATLAS