United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-19-2397 |
| WEATHERFORD U.S., L.P., Defendant. | § § § | |

## ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER

The Court has received Defendant's letter dated January 28, 2020 [Doc. # 33]. It is hereby **ORDERED**:

1. The Court will hold a conference on this discovery dispute on **February 4, 2020, at 2:00 p.m.** in Courtroom 9F of the U.S. Courthouse at 515 Rusk, Houston, Texas.

2. Prior to the conference, the parties are directed to confer further in an attempt to resolve or narrow their dispute. Correspondence between counsel negotiating a resolution of the dispute should **not** be sent to the Court.

3. By **noon on Monday, February 3, 2020**, Plaintiff shall file electronically (and deliver a courtesy copy to chambers) a letter setting forth the status of the issues in dispute and Plaintiff's position on open matters.

4. The parties are directed to notify the Court's Case Manager Shelia Ashabranner by telephone (713-250-5407) and email ([shelia_ashabranner@txs.uscourts.gov](shelia_ashabranner@txs.uscourts.gov)) as soon as possible if the conference becomes unnecessary.

SIGNED at Houston, Texas, this 29th day of **January, 2020.**

*[signature]*

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE