United States District Court
Southern District of Texas
**ENTERED**
March 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-19-2397 |
| WEATHERFORD U.S., L.P., <br> Defendant. | § § § | |

### ORDER

It is hereby **ORDERED** that any opposition to Defendant's letter [Doc. # 57] dated February 28, 2020, must be filed by **March 10, 2020**.

SIGNED at Houston, Texas, this 2nd day of **March, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE