United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-19-2397 |
| WEATHERFORD U.S., L.P., | § § | |
| Defendant. | § | |

## **ORDER**

Weatherford U.S., L.P. ("Weatherford") has filed a letter [Doc. # 89] requesting leave to file a response to the sur-reply filed by Enventure Global Technology Inc. ("Enventure") in connection with Weatherford 's Motion to Dismiss for Lack of Standing [Doc. # 67]. It is hereby

**ORDERED** that any opposition to the letter request must be filed by **May 15, 2020**.

SIGNED at Houston, Texas, this  7th  day of **May, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2397RespToSurReply.wpd   200507.1622