United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVENTURE GLOBAL TECHNOLOGY INC., Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. H-19-2397 |
| WEATHERFORD U.S., L.P., Defendant. | § § § | |

## ORDER

By Memorandum and Order [Doc. # 103] entered May 15, 2020, the Court granted the Motion for Protective Order ("Mohawk Motion") filed by non-party Mohawk Energy, Ltd. ("Mohawk"), and ruled Mohawk was entitled to recover from Enventure Global Technology, Inc. ("Enventure") reasonable expenses and attorneys' fees pursuant to Rules 26(c)(3) and 37(a)(5)(A) of the Federal Rules of Civil Procedure. On June 5, 2020, Mohawk filed its Submission of Attorneys' Fees and Costs [Doc. # 109], seeking $25,836.25 in fees. Mohawk did not provide the hourly rate for any of the attorneys, and did not provide information regarding the experience of the two associates, who worked on the Mohawk Motion.

Enventure filed its Response [Doc. # 112]. Enventure does not object to the total hours claimed by the Mohawk attorneys, or the allocation of the work on the Mohawk Motion among a partner and two associates. *See* Response, p. 2. Enventure

challenges the reasonableness of the billing rates for the Mohawk attorneys, and the adequacy of the information provided in support of the requested hourly rates. For example, it appears from the total fees requested for associates divided by the hours claimed for the associates' work, that both the sixth-year associate and the second year associate are billed at $825.00 per hour. This seems unlikely, but Mohawk does not provide hourly billing rates for the associates. Therefore, it is hereby

**ORDERED** that lead counsel for Mohawk and Enventure must confer with each other in an attempt to agree on the attorneys' fee amount. If counsel are unable to reach agreement by June 30, 2020, then by July 6, 2020, Enventure and Mohawk must each provide (under seal) the hourly billing rates for their respective attorneys who worked on the Mohawk Motion. Additionally, Enventure and Mohawk must either provide the education and experience of each attorney who worked on their behalf on the Mohawk Motion, or provide a link to publicly-available webpages that contain that information.

SIGNED at Houston, Texas, this **16th** day of **June, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE